IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHIPCO, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 05-0093-CG-B |
| | ) |
| JAMES M. INGLE, SR., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

This matter is before the court on the plaintiff's Response to Show Cause Order (Doc. 11) filed on May 13, 2005, in which plaintiff represents to the court that the parties entered into a settlement agreement requiring the defendants to confess judgment in favor of the plaintiff. The Confession of Judgment signed by the defendant James M. Ingle, Sr., individually and as proprietor of Ingle Machinery & Equipment was filed on May 16, 2005. (Doc. 12)

Therefore, judgment is hereby entered as follows:

It is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the plaintiff Chipco, Inc. against James M. Ingle, Sr. and Ingle Machinery & Equipment in the amount of ONE HUNDRED THIRTY-TWO THOUSAND TWO HUNDRED DOLLARS and no/100 cents ($132,200.00), together with interest thereon at the rate of 6% per annum from the date of this judgment until paid, and with 3.32 % interest imposed pursuant to title 28 USC § 1961 from the date this judgment is entered on the docket until this judgment is paid. Costs, attorney's fees and collection fees are to be taxed against the defendants.

Plaintiff must file a Bill of Costs pursuant to Rule 54.1 of the Federal Rules of Civil Procedure and Local Rule 54.1 within 15 days of the date of judgment. Plaintiff is further required to file a motion for attorney's fees within 14 days of entry of judgment pursuant to Rule 54(d)(2) of the Federal Rules of Civil Procedure, and Local Rule 54.3.

**DONE and ORDERED** this 1st day of June, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE